*E-filed 6/12/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VACLAV V. HOFFMEISTER,<br><br>              Plaintiff,<br><br>       v.<br><br>SNAP-ON INCORPORATED, (SNAP-ON<br>HOLDINGS LLC)<br><br>              Defendant. | Case No. C05-02321<br><br>**ORDER APPOINTING<br>SETTLEMENT COUNSEL** |

The court having ordered that this case be assigned to the Assisted Settlement Conference Program, and an unrepresented party having requested and being in need of counsel to assist him or her in the settlement conference, and a volunteer attorney willing to be appointed for the limited purpose of representing the unrepresented party in the settlement conference having been located by the court,

IT IS HEREBY ORDERED THAT:

VINCENT HURLEY is appointed Settlement Counsel. This appointment shall be pursuant to the terms of the Declaration in Support of Application for Assignment to the Assisted Settlement

United States District Court

For the Northern District of California

1  Conference Program.  This appointment and limited representation shall end upon the completion of

2  the settlement conference and any follow-up activities ordered by the settlement judge.

3       Settlement Counsel shall notify the court promptly upon the completion of the settlement

4  conference and any follow-up activities.  The court shall then issue an order relieving the Settlement

5  Counsel from his or her limited representation of the unrepresented party.

6       IT IS SO ORDERED.

7  Dated:    6/9/06

8

9                                /s/   Howard R. Lloyd

10                            Magistrate Judge Howard R. Lloyd

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Case No. 05-02321
ORDER APPOINTING
SETTLEMENT COUNSEL     2